IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HERA WIRELESS S.A. and SISVEL UK LIMITED,<br><br>                Plaintiffs,<br><br>    v.<br><br>AMAZON.COM, INC.,<br><br>                Defendant. | **Civil Action No. 17-947-RGA** |

**JOINT STIPULATION AND ORDER OF DISMISSAL**

WHEREAS, Plaintiffs Hera Wireless S.A. and Sisvel UK Limited ("Plaintiffs" or "Sisvel") and Defendant Amazon.com, Inc. ("Defendant" or "Amazon") have resolved Plaintiffs' claims for relief against Defendant asserted in this case.

NOW, THEREFORE, Plaintiffs and Amazon, through their attorneys of record, request this Court to dismiss Plaintiffs' claims for relief against Defendant with prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

DATED: January 11, 2019

-2-

| DEVLIN LAW FIRM LLC | ASHBY & GEDDES |
|---|---|
| By: */s/ Timothy Devlin* <br> Timothy Devlin (#4241) <br> tdevlin@devlinlawfirm.com <br> 1306 N. Broom St., 1st Floor <br> Wilmington, Delaware 19806 <br> Telephone: (302) 449-9010 <br> Facsimile: (302) 353-4251 <br><br> *Attorneys for Plaintiffs Hera Wireless S.A. and Sisvel UK Limited* | By: */s/ Steven J. Balick* <br> Steven J. Balick (#2114) <br> sbalick@ashbygeddes.com <br> Andrew Colin Mayo (#5207) <br> amayo@ashbygeddes.com <br> 500 Delaware Ave., 8th Floor <br> P.O. Box 1150 <br> Wilmington, DE  19899 <br> Telephone:  (302) 654-1888 <br><br> Kent E. Baldauf, Jr. <br> Bryan P. Clark <br> The Webb Law Firm <br> One Gateway Center <br> 420 Ft. Duquesne Blvd., Suite 1200 <br> Pittsburgh, PA  15222 <br> Telephone:  (412) 471-8815 <br><br> *Attorneys for Defendant Amazon.com, Inc.* |

**SO ORDERED THIS** \_\_\_\_ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE